IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MICHAEL FOSTER** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:14-cv-04054-K |
| | § | |
| **MIDLAND FUNDING LLC, MIDLAND** | § | |
| **CREDIT MANAGEMENT, INC. AND** | § | |
| **ENCORE CAPITAL GROUP INC.,** | § | |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF FILING DEFENDANTS' UNOPPOSED MOTION TO CONSOLIDATE

PLEASE TAKE NOTICE that on November 24, 2014 Defendants Midland Funding LLC, Midland Credit Management, Inc. and Encore Capital Group, Inc. filed their Unopposed Motion to Consolidate this matter with *Mauro Arriaga v. Midland Funding LLC, et al;* Case 3:14-cv-04044-M.

Respectfully submitted,

By: */s/    Aimee G. Szygenda*
  **GREGG D. STEVENS**
  State Bar No. 19182500
  **AIMEE G. SZYGENDA**
  State Bar No. 24027054
  **MCGLINCHEY STAFFORD, PLLC**
  2711 N. Haskell Ave, Suite 2750, LB 38
  Dallas, Texas 75204
  Telephone: (214) 445-2410
  Facsimile:  (214) 445-2450
  gstevens@mcglinchey.com
  aszygenda@mcglinchey.com

  and

  **JEFFREY R. SEEWALD**

State Bar No. 17986640
**MCGLINCHEY STAFFORD, PLLC**
1001 McKinney, Suite 1500
Houston, TX 77002
Telephone: (713) 520-1900
Facsimile: (713) 520-1025
jseewald@mcglinchey.com

*ATTORNEYS FOR DEFENDANTS
MIDLAND CREDIT MANAGEMENT, INC.
MIDLAND FUNDING LLC AND ENCORE
CAPITAL GROUP, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2014, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

*/s/ Aimee G. Szygenda*
Aimee G. Szygenda